LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LAW OFFICE OF STEWART KATZ
Stewart Katz, Esq. (Bar No. 127425)
555 University Avenue, Suite 270
Sacramento, California 92825
Telephone: (916) 444-5678

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH AVILA, et al., <br><br> Plaintiffs, <br> vs. <br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. 2:20-cv-01376-MCE JDP <br><br> *Hon. Morrison C. England, Jr.* <br><br> **STIPULATION AND ORDER** |

COME NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following minor change to this Court's Supplemental Pretrial Scheduling Order April 20, 2021, (Docket No. 18) regarding the scheduling of this case:

That the non-expert depositions of previously noticed deponents only, be completed by February 25, 2022.

This stipulation will not necessitate nor do the parties anticipate that it will require or lead to a request to modify other date set by the Court including those pertaining to expert disclosures.

The parties are requesting this scheduling modification for the following reasons which the parties believe cumulatively constitute good cause:

(1) One of the previously noticed deponents was out for an extent period of time due to a gunshot injury.

(2) One of the previously noticed deponent's deposition had to be taken off calendar due to a COVID infection.

(3) One of the previously noticed deponent's deposition had left their employment with a non-party government entity which failed to advise that person of the subpoena or the noticing party that that individual was no longer employed there. This information was only learnt after the noticed deposition date had passed.

(4) There are four groups of represented parties and despite all of those continuing to act in good faith the rescheduling of these has taken longer than it was hoped it would.

DATED:  February 3, 2022  **LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICE OF STEWART KATZ**


By */s/ Stewart Katz*
　　Dale K. Galipo
　　Stewart Katz
　　Hang D. Le
　　Attorneys for Plaintiffs

DATED:  February 3, 2022  **SPINELLI, DONALD & NOTT**


By */s/ Domenic Spinelli*
　　Domenic D. Spinelli
　　Attorneys for Defendants
　　JMA Ventures, LLC, Sacramento Downtown
　　Arena. LLC.

DATED:  February 3, 2022  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**


By */s/ Nicholas Lane*
　　Nicholas R. Lane
　　Attorneys for Defendants Universal Protection Service, LP, Drake Quitugua, Chaz Hayes and Jamonte Frazier

DATED:  February 3, 2022  **CITY ATTORNEY'S OFFICE**


By */s/ Chance Trimm*
　　Chance L. Trimm
　　Senior Deputy City Attorney
　　Attorneys for Defendants Terrance Gordon, Mason McCann and Lorenzo Vidales

**ORDER**

Based upon the Court's consideration of the foregoing, The Parties' stipulation of a modification of the pretrial scheduling order so as to permit previously noticed depositions to be completed by February 25, 2022 is accepted and approved. All other provisions of the operative Supplemental Scheduling Report remain unchanged.

IT IS SO ORDERED.

Dated: February 3, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE