**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH AVILA, individually and as successor in interest to MARIO MATTHEWS, Deceased; MARK MATTHEWS, individually and as successor in interest to MARIO MATTHEWS, Deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; MASON MCCANN; LORENZO VIDALES; TERRENCE GORDON; SACRAMENTO DOWNTOWN ARENA, LLC; UNIVERSAL PROTECTION SERVICE, LP; DRAKE QUITUGUA; CHAZ HAYES; JAMONTE FRAZIER; JMA VENTURES, LLC; and DOES 1 through 40;<br><br>Defendants. | Case No. 2:20-cv-01376-MCE JDP<br><br>*Hon. Morrison C. England, Jr.*<br><br>**ORDER RE: STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DATES** |

1   Having reviewed the parties' Stipulation and Request to Modify Scheduling
2   Order to Continue Expert Discovery Dates and GOOD CAUSE appearing
3   therefrom, it is hereby ordered that the deadline for disclosure of expert witnesses be
4   continued from April 4, 2022 to **May 16, 2022** and the deadline for disclosure of
5   supplemental expert witnesses be continued from June 6, 2022 to **June 13, 2022**.
6   IT IS SO ORDERED.

8   DATED: March 31, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE