# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AVILA, individually and as successor in interest to MARIO MATTHEWS, Deceased; MARK MATTHEWS, individually and as successor in interest to MARIO MATTHEWS, Deceased;<br><br>                              Plaintiffs,<br><br>       vs.<br><br>CITY OF SACRAMENTO; MASON MCCANN; LORENZO VIDALES; TERRENCE GORDON; SACRAMENTO DOWNTOWN ARENA, LLC; UNIVERSAL PROTECTION SERVICE, LP; DRAKE QUITUGUA; CHAZ HAYES; JAMONTE FRAZIER; JMA VENTURES, LLC; and DOES 1 through 40;<br><br>                              Defendants. | Case No. 2:20-cv-01376-MCE JDP<br><br>*Hon. Morrison C. England, Jr.*<br><br>**ORDER RE: STIPULATION TO DISMISS DEFENDANTS SACRAMENTO DOWNTOWN ARENA, LLC AND JMA VENTURES, LLC WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

ORDER

Having reviewed the Stipulation to Dismiss Defendants Sacramento Downtown Arena, LLC and JMA Ventures, LLC with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), and good cause appearing therefrom, it is hereby ordered that Defendants Sacramento Downtown Arena, LLC and JMA Ventures, LLC, only, be dismissed from this action with prejudice. Each party shall bear their own costs and fees with regards to the claim and defenses related to the said Defendants.

IT IS SO ORDERED.

DATED:  May 16, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE