# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH AVILA, individually and as successor in interest to MARIO MATTHEWS, Deceased; MARK MATTHEWS, individually and as successor in interest to MARIO MATTHEWS, Deceased;<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF SACRAMENTO; MASON MCCANN; LORENZO VIDALES; TERRENCE GORDON; SACRAMENTO DOWNTOWN ARENA, LLC; UNIVERSAL PROTECTION SERVICE, LP; DRAKE QUITUGUA; CHAZ HAYES; JAMONTE FRAZIER; JMA VENTURES, LLC; and DOES 1 through 40;<br><br>            Defendants. | Case No. 2:20-cv-01376-MCE JDP<br><br>*Hon. Morrison C. England, Jr.*<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

ORDER

## ORDER

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the entire above-entitled action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  November 4, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER
2:20-CV-01376-MCE-EFB